# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :  No. 48 EM 2022

              Respondent            :

                  :

               v.                  :

                  :

ANGELO MALDONADO,            :

              Petitioner            :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 30th day of November, 2022, the Application for Permission to File Petition for Allowance of Appeal *Nunc Pro Tunc* is GRANTED.

    It is NOTED that Attorney Gina A. Amoriello was evidently negligent in failing to file a Petition for Allowance of Appeal by the deadline established in the August 24, 2022 order of the Court of Common Pleas of Philadelphia County.

    Attorney Amoriello is DIRECTED to file a Petition for Allowance of Appeal within 15 days.